IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICK D HALES; and MELINDA HALES,

      Plaintiffs,

  v.

BIOMET ORTHOPEDICS; BIOMET INC.; and BIOMET LLC,

      Defendants.

No. C 12-03081 CW

ORDER TEMPORARILY STAYING ACTION

IT IS HEREBY ORDERED that all further proceedings in this case are STAYED pending a decision by the Judicial Panel on Multidistrict Litigation regarding the transfer of this case and others for consolidated pretrial proceedings. The case management conference previously set for Wednesday, September 19, 2012, is VACATED pending further order of this Court.

**Plaintiffs shall serve on all other parties a copy of this Order.**

Dated: 8/24/2012

CLAUDIA WILKEN
United States District Judge