IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK D HALES; and MELINDA HALES,<br><br>         Plaintiffs,<br><br>    v.<br><br>BIOMET ORTHOPEDICS; BIOMET INC.; and BIOMET LLC,<br><br>         Defendants. | No. C 12-03081 CW<br><br>ORDER TEMPORARILY STAYING ACTION |

   IT IS HEREBY ORDERED that all further proceedings in this case are STAYED pending a decision by the Judicial Panel on Multidistrict Litigation regarding the transfer of this case and others for consolidated pretrial proceedings.  The case management conference previously set for Wednesday, September 19, 2012, is VACATED pending further order of this Court.

   **Plaintiffs shall serve on all other parties a copy of this Order.**

Dated: 8/24/2012                          CLAUDIA WILKEN
                                         United States District Judge